# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00465-CV

**Walter Lee Hall, Jr.; KWI Legal Defense Fund; and KWI Communications LLC d/b/a KWI Holdings, Appellants**

**v.**

**LRT Record Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-07-001548, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants filed an appeal from the trial court's granting of a temporary injunction in favor of appellee. Appellee has since filed a motion to dismiss the appeal, attaching a copy of a final judgment signed by the trial court on September 14, 2007, imposing a permanent injunction against appellants and terminating the temporary injunction at issue in this appeal. The supreme court has held that "[i]f, while on the appeal of the granting or denying of the temporary injunction, the trial court renders final judgment, the case on appeal becomes moot. When a case becomes moot on appeal, all previous orders pertaining to the temporary injunction are set aside by the appellate court and the case is dismissed." *Isuani v. Manske-Sheffield*, 802 SW2d 235, 236 (Tex. 1991) (citations omitted). We therefore dismiss the

appeal for want of jurisdiction.  Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   December 13, 2007